E-FILED
Monday, 14 December, 2020  03:32:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# YOUR

# COMMERCIAL POLICY

# ISSUED BY

## OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA

**A Stock Company**

**Address:**
**1314 Douglas Street, Suite 1600**
**Omaha, NE 68102**
**(888)389-0598**

**A Member of:**



IN WITNESS WHEREOF, the Company has caused the facsimile signatures of its President and Secretary to be affixed hereto, and caused this policy to be signed on the Declarations Page by an authorized representative of the Company.

**Secretary**                                    **President**

# Notice of Privacy Policy
# IAT Insurance Group

ACCEPTANCE CASUALTY INSURANCE COMPANY * ACCEPTANCE INDEMNITY INSURANCE COMPANY *
COMMERCIAL ALLIANCE INSURANCE COMPANY * IAT RE * HARCO NATIONAL INSURANCE COMPANY *
OCCIDENTAL FIRE & CASUALTY COMPANY OF NC * SERVICE INSURANCE COMPANY * TRANSGUARD
INSURANCE COMPANY * WILSHIRE INSURANCE COMPANY

This notice is from the member companies of IAT Insurance Group ("IAT") listed above.  IAT values you as a
customer and respects your right to privacy.  We also respect your right to keep your personal information
confidential and to avoid unwanted solicitations.  In the course of our business relationship with you, we collect
information about you that is necessary to provide you with our products and services.  We treat this information as
confidential and recognize the importance of protecting it.  This notice describes our privacy practices regarding
information about our customers and former customers that obtain financial products or services from us.

## Information We May Collect

We collect information about you to provide you with the coverage, product, or service you request and to service
your account.  The information ("nonpublic personal information") we collect about you and members of your
household ("you") is generally from the following sources:

- Information we receive from you on applications or other forms, such as your address, telephone number,
  driver's license number, and social security number;
- Information about your transactions with us and our affiliates, such as your payment history, policy
  coverage, and premiums;
- Information we receive from a consumer report agency or insurance support organization, such as driving
  records, credit report information, and claim history; and
- Information from your visits to iatinsurance.com or other websites we operate, use of our social media sites,
  and interactions with our online advertisements.

## Information Disclosure

In order to better serve you and to assist in meeting your product and service needs, we share our information about
your insurance transactions and experiences with companies related to us by common control or ownership and
with our network of agents.  We may also disclose information about you to financial institutions and companies that
perform marketing services for us or with whom we have joint marketing agreements, as permitted by law.
Additionally, we may share information as necessary to handle your claims and to protect you against fraud and
unauthorized transactions.  We do not disclose any nonpublic personal information about you to any third parties,
except as described in this notice or otherwise permitted by law.

## Security of Information

We also take steps to safeguard your information.  We maintain physical, electronic, and organizational safeguards
to protect your information.  We also restrict access to your information to those employees and other parties who
have a need to know that information, in order to provide products or services to you.

If a material change is made to this Notice, a revised version of the Notice of Privacy Policy will be made
available to you.  We sincerely appreciate your continued business.



PR Notice 01 18



**OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA**
1314 Douglas Street, Suite 1600 Omaha, NE 68102  (888)389-0598

# COMMON POLICY DECLARATIONS

**Policy Number: CG00129405**                    Renewal of Number:

Named Insured and Mailing Address
**TONY REED**
**DBA SBM AUTO**
**1336 E ELDORADO ST**

**DECATUR**            **IL**    **62521**

Agency and Mailing Address        Agency Code:**00175**
**Interstate Risk Placement, Inc.**

**P.O. Box 3765**

**Peoria**            **IL**    **61612**

Policy Period: From  **01/27/2020**  to **01/27/2021**
        12:01 A.M. Standard Time at your mailing address shown above.

Business Description:**USED CAR LOT AND REPAIRS**                    Tax State:

| |
|---|
| IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. |

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

PREMIUM

**Commercial Auto Coverage Part - Garage**                    $ ▮▮▮▮▮▮

Other Charges:

TOTAL ADVANCE PREMIUM $ ▮▮▮▮
TOTAL OTHER CHARGES  $
TOTAL  $

Form(s) and Endorsement(s) made a part of this policy at time of issue* :
**See SCHEDULE OF FORMS AND ENDORSEMENTS _PIL 10 10**

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/ Coverage Form Declarations.

▮▮▮▮**MINIMUM EARNED PREMIUM**

**01/31/20**

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

POLICY NUMBER: CG00129405

PIL 10 10 08 18<br>CO 10 10 12 07

# SCHEDULE OF FORMS AND ENDORSEMENTS

Insured Name:   **TONY REED**
                **DBA SBM AUTO**

Form(s) and Endorsement(s) made a part of this policy at time of issue:

## Forms Applicable - MULTIPLE LINES OF BUSINESS

```
PIL 10 16 08 18      EARNED PREMIUM ENDORSEMENT
AL 14 52 09 16       EXCLUSION - ASSAULT AND/OR BATTERY
IL 00 03 09 08       CALCULATION OF PREMIUM
IL 00 17 11 98       COMMON POLICY CONDITIONS
IL 00 21 09 08       NUCLEAR ENERGY LIABILITY EXCL ENDT (BROAD FORM)
IL 01 47 09 11       IL CHANGES - CIVIL UNION
IL 01 62 09 08       IL CHANGES - DEFENSE COSTS
```

## Forms Applicable - GARAGE

```
GC 30 00 02 10       COMML AUTO COV PART GARAGE COV FORM DECLARATIONS
GC 30 05 05 19       GARAGE COVERAGE FORM SUPPLEMENTARY SCHEDULE
A 1790a 10 14        IL SELECTION UM BI LIMITS & ELECTION UM PD COV
AG 01 28 09 08       VEHICLES IN TOW EXCLUSION
AG 01 62 09 08       ASBESTOS EXCLUSION
AG 02 65 09 08       TOTAL POLLUTION EXCLUSION
AG 02 80 09 08       LEAD CONTAMINATION EXCLUSION
AG 11 01 02 18       EXCLUSION OF GARAGE OPERATIONS
AG 11 11 02 18       LIMITATION OF COV LOANED, LEASED, RENTED VEHICLES
AG 51 06 11 11       KEY WARRANTY
AG 59 26 10 11       FUNGUS OR SPORE EXCLUSION
AG 59 34 05 19       FURNISHED DRIVER ENDORSEMENT
AG 59 41 05 19       SERVICE USE AUTO EXCLUSION
AG 59 43 05 19       DEDUCTIBLE CHANGES - GARAGE COVERAGE FORM
AG 59 45 10 19       CONTRACT DRIVER LIMITATION
CA 00 05 10 01       GARAGE COVERAGE FORM
CA 01 04 03 06       IL CHANGES - GARAGE COVERAGE FORM
CA 01 20 06 03       IL CHANGES
CA 02 70 08 94       IL CHANGES - CANCELLATION AND NONRENEWAL
CA 03 02 03 10       DEDUCTIBLE LIABILITY COVERAGE
CA 21 30 11 08       IL UNINSURED MOTORISTS COVERAGE
CA 21 38 11 08       IL UNDERINSURED MOTORISTS COVERAGE

                     ADDITIONAL FORMS
AG 51 01 IL 12 19 Animal Exclusion
```

POLICY NUMBER:      CG00129405                                    **PIL 10 10 08 18**
                                                                 **CO 10 10 12 07**

# SCHEDULE OF FORMS AND ENDORSEMENTS

Insured Name:  **TONY REED**
               **DBA SBM AUTO**

Form(s) and Endorsement(s) made a part of this policy at time of issue:

```
CA 23 41 11 16        PUBLIC LIVERY PASSENGER CONVEYANCE DLVRY SVC EXCL
CA 25 09 12 93        OWNERS OF GARAGE PREMISES
FM 00 98 09 08        PUNITIVE DAMAGES EXCLUSION
FM 03 30 03 13        IL PUNITIVE DAMAGES EXCLUSION
GL0807 (08-02)        FUNGUS OR SPORE EXCLUSION
```

**POLICY NUMBER:  CG00129405**                                        **PIL 10 16 08 18**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
## EARNED PREMIUM ENDORSEMENT

**1.**  In the event of cancellation of the policy at the request of the Company or the Named Insured, we will retain the greater of:

    **a.**  __25__ % of the total policy premium, not including additional insured and waiver of subrogation charges; or

    **b.**  The earned premium for the period from the inception date to the cancellation date, not including additional insured and waiver of subrogation charges.

**2.** Premium for additional insureds and waiver of subrogation charges will be 100% fully earned and in addition to the amount determined in item **1.** above.

**3.**  If the Company cancels, the premium determined in **1.** above will be pro rata.  If the first Named Insured cancels, the premium determined in **1.** above may be less than pro rata.

**4.** Cancellation for nonpayment of premium will be considered cancellation at the request of the Named Insured.

AL 14 52 09 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT AND/OR BATTERY

This Insurance does not apply to:

**A.**  Any claims arising out of Assault and/ or Battery, including actual or alleged Sexual Assault and/ or Sexual Battery; or

**B.**  Any act or omission in connection with the prevention or suppression of such acts, whether caused by or at the instigation or direction of you, your employees or volunteers, patrons or any other persons; or

**C.**  Claims, accusations or charges of negligent hiring, placement, training or supervision arising from any of the foregoing are not covered.

We shall have no obligation to defend you, or any other insured, for any such loss, claim or suit.

All other terms and conditions of the policy remain unchanged.

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

     CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
     COMMERCIAL AUTOMOBILE COVERAGE PART
     COMMERCIAL GENERAL LIABILITY COVERAGE PART
     COMMERCIAL INLAND MARINE COVERAGE PART
     COMMERCIAL PROPERTY COVERAGE PART
     CRIME AND FIDELITY COVERAGE PART
     EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
     EQUIPMENT BREAKDOWN COVERAGE PART
     FARM COVERAGE PART
     LIQUOR LIABILITY COVERAGE PART
     MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
     OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
     POLLUTION LIABILITY COVERAGE PART
     PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
     RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

Copyright, ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 Copyright, ISO Properties, Inc., 2007

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
# ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following: Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage -Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

©Insurance Services Office, Inc., 2011

IL 01 62 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

   **1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-Related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/ Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts and the Farm Umbrella Liability Policy;

   **2.** Section **II** - Liability Coverage in Paragraph **A.** Coverage under the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms;

   **3.** Section **A.** Coverage under the Legal Liability Coverage Form; and

   **4.** Coverage **C** - Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

# COMMERCIAL AUTO COVERAGE PART
# GARAGE COVERAGE FORM DECLARATIONS

**POLICY NUMBER: CG00129405**

**ITEM ONE:** Named Insured, Mailing Address and Policy Period are shown in the Common Policy Declarations

Form of Business: [X] Individual   [ ] Partnership   [ ] Corporation   [ ] Limited Liability Company (LLC)

[ ] Other: _____

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Garage Coverage Form next to the name of the coverage. Entry of a symbol next to LIABILITY provides coverage for "garage operations".

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO section of the Garage Coverage Form shows which autos are covered autos.) | LIMIT | | | PREMIUM |
|---|---|---|---|---|---|
| LIABILITY | 22  29 | Each "Accident" "Garage Operations" | | Aggregate "Garage Operations" | $ ▇▇▇ |
| | | "Auto" Only | Other Than "Auto" Only | Other Than "Auto" Only | |
| | | $ **1,000,000** | $ **1,000,000** | $ **1,000,000** | |
| PERSONAL INJURY PROTECTION (P.I.P.) * | | Separately stated in each P.I.P. Endorsement, minus $           Deductible | | | $ |
| ADDED P.I.P. ** | | Separately stated in each Added P.I.P. Endorsement | | | $ |
| MEDICAL PAYMENTS | | $ | | | $ |
| AUTO MEDICAL PAYMENTS | | $ | | | $ |
| UNINSURED MOTORISTS (UM) | 26 | $    100,000 | | | $ ▇ |
| UNDERINSURED MOTORISTS (when not included in UM Coverage) | 26 | $    100,000 | | | $ ▇ |
| GARAGE KEEPERS — COMPREHENSIVE COVERAGE | 30 | $ **SEE AG5943** | Deductible for Each Covered Auto | | $ ▇ |
| GARAGE KEEPERS — SPECIFIED CAUSES OF LOSS COVERAGE | | $ | | | $ |
| GARAGE KEEPERS — COLLISION COVERAGE | 30 | $ **SEE AG5943** | | | $ ▇ |
| PHYSICAL DAMAGE — COMPREHENSIVE COVERAGE | 31 | $ **SEE AG5943** | Deductible for Each Covered Auto | | $ ▇ |
| PHYSICAL DAMAGE — SPECIFIED CAUSES OF LOSS COVERAGE | | $ | | | $ |
| PHYSICAL DAMAGE — COLLISION COVERAGE | 31 | $ **SEE AG5943** | | | $ ▇ |
| CARGO / ON-HOOK / IN-TOW | | $ | Deductible for Each Claim | | |

| | |
|---|---|
| PREMIUM FOR ENDORSEMENTS | $ |
| ESTIMATED TOTAL PREMIUM | $ ▇▇▇ |

\* (or equivalent No-Fault coverage)

\*\* (or equivalent added No-Fault coverage)

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

**See SCHEDULE OF FORMS AND ENDORSEMENTS - CO 10 10**

**THIS DECLARATIONS MUST BE COMPLETED BY THE ATTACHMENT OF A SUPPLEMENTARY SCHEDULE**

**GC 30 00 02 10**

POLICY NUMBER:   CG00129405

# GARAGE COVERAGE FORM – SUPPLEMENTARY SCHEDULE

**ITEM THREE — LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS**

| Loc. No. | Physical Address – state your main business location as Location No. 1 |
|---|---|
| 1 | **1336 E ELDORADO ST, DECATUR, IL 62521** |
| | |
| | |
| | |
| | |

**ITEM FOUR — LIABILITY COVERAGE -– PREMIUMS**

| Loc. No. | Rating Factor | Basis | Final Rate | Liability Premium |
|---|---|---|---|---|
| 1 | Total Rating Units | ████████████ | | |
| | Total Payroll | | | $ |
| | Total Rating Units | | | $ |
| | Total Payroll | | | $ |
| | Total Rating Units | | | $ |
| | Total Payroll | | | $ |
| | Total Rating Units | | | $ |
| | Total Payroll | | | $ |
| | Total Rating Units | | | $ |
| | Total Payroll | | | $ |
| | | | Total Premium | $ ████████ |

**ITEM FIVE — GARAGEKEEPERS COVERAGE AND PREMIUMS**

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of the Direct Coverage Options is indicated below  by " ☒ "

Direct Coverage Options:
- ☐ DIRECT EXCESS INSURANCE.  If this box is checked, GARAGEKEEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto"and is excess over any other collectible insurance regardless of whether the other insurance covers your or any other "insureds" interest or the interest of the covered  "auto's" owner.
- ☐ DIRECT PRIMARY INSURANCE.  If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's " legal liability for "loss" to a covered "auto" and is primary insurance.

| Loc. No. | Coverages | Limit of Insurance | Deductible per Occurrence | | Total Premium |
|---|---|---|---|---|---|
| | | | Each "Auto" | Aggregate | |
| 1 | ☒ Comprehensive ☐ Specified Causes of Loss | $    15,000 | $   1,000 | $   5,000 | $ ██████ |
| | Collision | $    15,000 | $   1,000 | ████████ | $ ██████ |
| | ☐ Comprehensive ☐ Specified Causes of Loss | $ | $ | $ | $ |
| | Collision | $ | $ | ████████ | $ |

**POLICY NUMBER: CG00129405**

**ITEM FIVE (Continued)**

| | | | | |
|---|---|---|---|---|
| ☐ Comprehensive<br>☐ Specified Causes of Loss | $ | $ | $ | $ |
| Collision | $ | $ | ■■■■■ | $ |
| ☐ Comprehensive<br>☐ Specified Causes of Loss | $ | $ | $ | $ |
| Collision | $ | $ | ■■■■■ | $ |
| ☐ Comprehensive<br>☐ Specified Causes of Loss | $ | $ | $ | $ |
| Collision | $ | $ | ■■■■■ | $ |

|  | Total Premium | $ ■■■■ |
|---|---|---|

| Maximum Limit Per Vehicle | Premium |
|---|---|
| $  10,000 | $ ■■■■■ |

**ITEM SIX – PHYSICAL DAMAGE COVERAGE –TYPES OF COVERED "AUTOS" AND INTERESTS IN THESE "AUTOS" – PREMIUMS –NONREPORTING BASIS**

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM SIX –SECTION TWO applies only to the types of "autos" and interests indicated below  by an "X" .

| Used "autos" | New "autos" | Your interest in covered "autos" you own | Your interest only in financed covered "autos" | Your interest and the interest of any creditor named as a loss payee | All interests in any "auto"not owned by you or any creditor while in your possession on consignment for sale |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |

**ITEM SIX – SECTION TWO**

| Loc. No. | Coverages | Limit of Insurance | Deductible per Occurrence | | Total Premium |
|---|---|---|---|---|---|
| | | | Each "Auto" | Aggregate | |
| 1 | ☒ Comprehensive<br>☐ Specified Causes of Loss | $  45,000 | $  1,000 | $  5,000 | $ ■■■■■ |
| | Collision | $  45,000 | $  1,000 | ■■■■■ | $ ■■■■■ |
| | ☐ Comprehensive<br>☐ Specified Causes of Loss | $ | $ | $ | $ |
| | Collision | $ | $ | ■■■■■ | $ |
| | ☐ Comprehensive<br>☐ Specified Causes of Loss | $ | $ | $ | $ |
| | Collision | $ | $ | ■■■■■ | $ |

**POLICY NUMBER: CG00129405**

**ITEM SIX — SECTION TWO (Continued)**

| | | | | |
|---|---|---|---|---|
| ☐Comprehensive<br>☐Specified Causes of Loss | $ | $ | $ | $ |
| Collision | $ | $ | ■■■■■ | $ |
| ☐Comprehensive<br>☐Specified Causes of Loss | $ | $ | $ | $ |
| Collision | $ | $ | ■■■■■ | $ |

Total Premium $ ■■■■■

| Maximum Limit Per Vehicle | Premium |
|---|---|
| $  **10,000** | $  **Included** |
| **PREMIUM BASIS REPORTING IS NONREPORTING BASIS (Stated limit of insurance show above applies)** | |

| Loss Payee — Any covered loss is payable as interest may appear to you and: |
|---|
| |
| |
| |
| |

**ITEM SEVEN — SCHEDULE OF COVERED AUTOS INSURED ON A SPECIFIED AUTO BASIS**

| Covered "Auto" No. | DESCRIPTION<br>Year of Model; Trade Name and Model Name; Vehicle Identification Number (VIN) | Gross Vehicle Weight |
|---|---|---|
| | | |
| | | |

| Covered "Auto" No. | TERRITORY<br>City and State Where the Covered "Auto" will be principally garaged | Radius of Operation<br>(In Miles) | Use of Vehicle | Loss Payee<br>("X" if applicable) |
|---|---|---|---|---|
| | | | ☐Service Use<br>☐Personal Use | ☐ |
| | | | ☐Service Use<br>☐Personal Use | ☐ |
| | | | ☐Service Use<br>☐Personal Use | ☐ |

**POLICY NUMBER:  CG00129405**

### ITEM SEVEN — SECTION TWO –COVERAGES AND PREMIUMS

| Covered "Auto" No. | Coverages | Premium | Physical Damage | |
|---|---|---|---|---|
| | ☐ Liability<br>☐ Specified Causes of Loss w/ Collision<br>☐ Comprehensive w/ Collision<br>☐ On-Hook (In-Tow) | $<br>$<br>$<br>$ | Deductible<br>Phys Dam Limit<br>On-Hook Limit | $<br>$<br>$ |
| | ☐ Liability<br>☐ Specified Causes of Loss w/ Collision<br>☐ Comprehensive w/ Collision<br>☐ On-Hook (In-Tow) | $<br>$<br>$<br>$ | Deductible<br>Phys Dam Limit<br>On-Hook Limit | $<br>$<br>$ |
| | ☐ Liability<br>☐ Specified Causes of Loss w/ Collision<br>☐ Comprehensive w/ Collision<br>☐ On-Hook (In - Tow) | $<br>$<br>$<br>$ | Deductible<br>Phys Dam Limit<br>On-Hook Limit | $<br>$<br>$ |
| | Total Premium | $ ■ | | |

### ITEM EIGHT — PREMIUM FOR PICKUP AND DELIVERY RADIUS (AUTO DEALERS)

| Pickup and Delivery Radius (In Miles) | Premium |
|---|---|
| | $ |

### ITEM NINE — ALL OTHER COVERAGE(S)

| Coverage Description | Premium |
|---|---|
| **UNINSURED MOTORISTS (2 PLATES)** | $ ■ |
| **UNDERINSURED MOTORISTS (2 PLATES)** | $ ■ |
| | $ ■ |
| | $ ■ |
| | $ ■ |
| Total Premium | $ ■ |

## OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA

## SELECTION OF UNINSURED MOTORIST BODILY INJURY COVERAGE LIMITS AND ELECTION OF UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE
### (Illinois)

**UNINSURED/ UNDERINSURED MOTORIST COVERAGE**

Illinois Statute 215 ILCS 5/ 143a-2 provides that the insured's Uninsured Motorist Bodily Injury Coverage limits under the policy are equal to the amount of the Bodily Injury Liability Coverage limits unless the insured rejects UM limits in excess of those required by law (currently at least $25,000 per person and $50,000 per accident), or the insured makes a written request for UM limits which are less than the Bodily Injury Liability Coverage limits

Uninsured Motorist Bodily Injury Coverage (UM) covers you or other persons insured under your policy for bodily injury caused by a hit-and-run driver or an at-fault driver who has no auto liability insurance.

Underinsured Motorist Bodily Injury (UIM) Coverage pays the difference between your UIM limits and the liability limits of the at-fault driver, if lower than your UIM limits. The law requires you to have UIM coverage at a limit equal to your UM limit provided that your UM coverage is greater than the minimum required amounts of $25,000 per person and $50,000 per accident.

Please refer to your policy for a more detailed explanation of these coverages.

In accordance with Illinois law (Sections 215 ILCS 5/ 143a and 5/ 143a-2), the undersigned named insured (and each of them) agrees to the following option:

**(Applicable option marked X)**

☐ I reject UM/ UIM Coverage in excess of the minimum required limits (currently $25,000 per person and $50,000 per accident). I understand that this option does not include Underinsured Motorist Coverage.

☐ I reject UM/ UIM Coverage equal to the Bodily Injury limits under my policy and elect UM/ UIM Coverage of more than the minimum required limits required by law in the following amounts: $ _____ per person and $ _____ per accident. I understand that my Underinsured Motorist Coverage limits are equal to my Uninsured Motorist coverage limits.

I UNDERSTAND THAT IF NO SELECTION IS MADE, MY UNINSURED AND UNDERINSURED MOTORIST COVERAGES SHALL BE EQUAL TO THE BODILY INJURY LIMITS UNDER THE POLICY.

**UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE**

Illinois Statute 215 ILCS 5/ 143a provides that a named insured may elect Uninsured Motorist Property Damage Insurance (UMPD) of the lesser of the actual cash value of the motor vehicle or $15,000, subject to a $250 deductible. UMPD covers damage to your vehicle caused by an identified, at-fault, uninsured driver. This option is offered only on vehicles for which you have not purchased collision coverage.

☐ I elect UM Property Damage Insurance on the following vehicle(s) that do not have collision coverage (specify year, make and model).

_____      _____

_____      _____

I understand my policy will be issued to reflect all the options I have chosen with respect to the coverage shown above, and that my selection(s) shall be binding on all persons insured under the policy. I further understand and agree that my selection(s) or rejection as shown above, shall be applicable to the policy of insurance on all future renewals, reinstatements, reissuances, substitutions, amended, replacement or supplementary policies unless I subsequently request a change in writing.

**PREMIUM ADJUSTMENT (if any)**

$ _____ UM Coverage          $ _____ UM Property Damage Insurance

Named Insured: _____          Date: _____

Policy Number: __CG00129405__          Agent: **Interstate Risk Placement, Inc.** _____

**A 1790a** (Ed. 10-14) Wolters Kluwer Financial Services | Uniform Forms™

**AG 01 28 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# VEHICLES IN TOW EXCLUSION

This endorsement modifies insurance provided under the following:
GARAGE COVERAGE FORM

Section **III - GARAGEKEEPERS COVERAGE**, item **A.1.c. Collision Coverage** does not cover loss or damage to "customer's autos" being towed.

All other terms and conditions of the policy remain unchanged.

AG 01 62 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

    GARAGE COVERAGE FORM

This policy does not apply to any "bodily injury", "property damage" or "personal injury" arising out of or resulting from Asbestos.

The company shall not have any duty to defend any suit against the "insured" seeking damages on account of any such injury.

All other terms and conditions of the policy remain unchanged.

AG 02 65 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

**SECTION II - LIABILITY COVERAGE, B. Exclusions**, item **8. Pollution Exclusion Applicable To "Garage Operations" - Other Than Covered "Autos** and item **9. Pollution Exclusion Applicable To "Garage Operations" - Covered "Autos"** are replaced by the following:

**Pollution Exclusion**

This insurance does not apply to:

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dumping, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of  "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

All other terms and conditions of the policy remain unchanged.

AG 02 80 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LEAD CONTAMINATION EXCLUSION

This insurance does not apply to Bodily Injury, Personal Injury or Property Damage arising out of the ingestion, inhalation or absorption of LEAD in any form.

All other terms and conditions of the policy remain unchanged.

**GARAGE COVERAGE FORM**
**AG 11 01 02 18**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF GARAGE OPERATIONS

This endorsement modifies insurance provided under the following:
    COMMERCIAL AUTO COVERAGE PART – GARAGE COVERAGE FORM

1.  No coverage is afforded under this policy for:

    a.  Repair, sales, service, storage or use of boats or boat trailers;

    b.  Repossession operations, but not including the reclaiming of vehicles you have a financial interest in;

    c.  Repair, sales, service, storage or use of buses of any kind;

    d.  Repair, sales, service, storage or use of any vehicle that is used for racing, demolition contests, or stunting activities of any kind,

    e.  "Bodily injury" or "property damage" occurring after possession of an "auto" has been surrendered to another person pursuant to a sale, conditional sale, gift, abandonment or lease.


All other terms and conditions of the policy remain unchanged.

**GARAGE COVERAGE FORM**
**AG 11 11 02 18**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE FOR LOANED, LEASED, OR RENTED VEHICLES

This endorsement modifies insurance provided under the following:
COMMERCIAL AUTO COVERAGE PART – GARAGE COVERAGE FORM

The company shall not be liable for loss, damage, or liability above the minimum financial responsibility limits for vehicles loaned, leased or rented to others, including those vehicles you may loan, lease or rent, with or without charge, to a customer while their vehicle is being repaired.

All other terms and conditions of the policy remain unchanged.

AG 51 01 IL 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ANIMAL EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

There is no coverage provided under this policy for "bodily injury", "property damage", personal injury, or medical payments to any person(s) and/or entity(ies) resulting from the ownership, custody, or control of an animal on the insured premises.

We will have no duty to defend, or to pay the expense for the defense of any person(s) and/or entity(ies) seeking damages to which this insurance does not apply.

All other terms and conditions of the policy remain unchanged.

Acknowledged by _____
                            Signature of Insured

AG 51 06 11 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# KEY WARRANTY

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

Coverage for Theft will not apply if the keys are left in any vehicle while in the "insured's" care, custody or control and the vehicle is stolen.

All other terms and conditions of the policy remain unchanged.

AG 59 26 10 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGUS OR SPORE EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE PART

**A.** The following is added to paragraph **B. Exclusions** of **SECTION II - LIABILITY COVERAGE, SECTION III - GARAGEKEEPERS COVERAGE** and **SECTION IV. PHYSICAL DAMAGE COVERAGE:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" caused directly or indirectly, in whole or in part, by:

   **(1)** Any "fungus" or "spore," including "fungi" or "spores"; or

   **(2)** Any substance, vapor or gas produced by or arising out of any "fungus," "fungi," "spore," or "spores"; or

   **(3)** Any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any "fungus," "fungi," "spore" or "spores"; or

   **(4)** Actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "fungus" or "spore," including "fungi" or "spores."

   Such damage or injury is excluded regardless of any other cause, event, material, product and/ or building component that contributed concurrently or in any sequence to that injury or damage.

**b.** Any loss, cost or expense arising out of any:

   **(1)** Request, demand, order to statutory or regulatory requirement that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess "fungus," "fungi," "spore," or "spores" or the effects of same (including, but not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust).

   **(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing "fungus," "fungi," spore," or "spores" or the effects of same (including, but not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust).

**c.** With respect to this endorsement, Exclusion **B.2. Contractual** is replaced by the following:

   **2. Contractual**

   "Bodily injury" or "property damage" for which the Insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

   We will have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit" or other proceeding alleging injury or damages of any kind, to include, but not limited to, "bodily injury" or property damage" to which this endorsement applies.

**B.** The following definitions are added to the **Definitions** section:

**1.** "Fungus" and/ or "fungi" includes, but is not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust.

**2.** "Spore" and/ or "spores" means any reproductive body produced by or arising out of any "fungus" or "fungi."

All other terms and conditions of the policy remain unchanged.

COMMERCIAL AUTO
AG 59 34 05 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FURNISHED DRIVER ENDORSEMENT

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

The following is added to **B. Exclusions** under **SECTION II - LIABILITY COVERAGE** and **SECTION IV - PHYSICAL DAMAGE COVERAGE.**  This exclusion shall also apply to Uninsured Motorists Coverage, Underinsured Motorists Coverage, Auto Medical Payments Coverage, Personal Injury Protection, First Party Benefits Coverage, no-fault or other similar coverage if attached.

This insurance does not apply to:

**Furnished Drivers**

"Bodily injury,"  "property damage"  or "loss" arising from the use of covered "autos" owned by you and that are regularly and frequently used for "personal use."  However, minimum compulsory insurance limits, financial responsibility, no-fault law, or a similar law of your state may apply if we are required to respond to a claim or "suit."

This exclusion does not apply to persons fully named and listed on this schedule:

Furnished for Personal Use Drivers:

| Name of Driver | Driver's License Number | Date of Birth |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

The following is added to **SECTION VI - DEFINITIONS:**

"Personal use" means not required to perform or conduct tasks, incidental or otherwise, on behalf of the garage business.

Insured's Signature _____     Date Signed _____

**COMMERCIAL AUTO**
**AG 59 41 05 19**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SERVICE USE AUTO EXCLUSION

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

The following is added to **B. Exclusions** under **SECTION II - LIABILITY COVERAGE, SECTION III-GARAGEKEEPERS COVERAGE** and **SECTION IV –PHYSICAL DAMAGE COVERAGE.**

This exclusion shall also apply to Uninsured Motorists Coverage, Underinsured Motorists Coverage, Auto Medical Payments Coverage, Personal Injury Protection, First Party Benefits Coverage, no-fault or other similar coverage if attached.

This insurance does not apply to any of the following:

**"Service Use Autos"**

"Bodily injury," "property damage" or  "loss" arising out of the ownership, maintenance or use of "service use autos." However, this exclusion does not apply to "service use autos"  specifically described in Item Seven of the Garage Coverage Form -  Supplementary Schedule for which a premium charge is shown (and for Liability Coverage any "trailers" you dont own while attached to a power unit described in Item Seven of the Garage Coverage Form - Supplementary Schedule used in your "garage operations," including all operations necessary or incidental to your garage business).

The following is added to **SECTION VI –DEFINITIONS:**

"Service Use Autos"  means "auto"  used to perform or conduct tasks, incidental or otherwise, on behalf of the garage business.

**POLICY NUMBER:  CG00129405**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE CHANGES – GARAGE COVERAGE FORM

This endorsement modifies insurance provided under the following:

    GARAGE COVERAGE FORM

**Select Coverage:**

| GARAGEKEEPERS COVERAGE Section III, A., 1., a., b.  and c. When coverage is provided the deductible shall apply to each Cause of Loss as indicated below: | Deductible per Occurrence | |
|---|---|---|
| | Each covered "auto" | Maximum (Aggregate) |
| ☒**Comprehensive Coverage**, caused by: | | |
|     **(1)** Fire | $    1,000 | $    5,000 |
|     **(2)** Windstorm or hail; | $Excluded | $ Excluded |
|     **(3)** Flood | $Excluded | $ Excluded |
|     **(4)** Earthquake; | $Excluded | $ Excluded |
|     **(5)** Theft; | $    1,000 | $    5,000 |
|     **(6)** Mischief or vandalism; or | $    1,000 | $    5,000 |
|     **(7)** All other perils. | $    1,000 | $    5,000 |
| ☐**Specified Causes of Loss Coverage**, caused by: | | |
|     **(1)** Fire, lightning or explosion; | $ | $ |
|     **(2)** Theft; or | $ | $ |
|     **(3)** Mischief or vandalism. | $ | $ |
| ☒**Collision Coverage**, caused by: | | |
|     **(1)** The "customer's auto's" collision with another object; or | $    1,000 | |
|     **(2)** The "customer's auto's' overturn. | | |

| PHYSICAL DAMAGE COVERAGE Section IV, A., 1., a., b.  and c. When coverage is provided the deductible shall apply to each Cause of Loss as indicated below: | Deductible per Occurrence | |
|---|---|---|
| | Each covered "auto" | Maximum (Aggregate) |
| ☒**Comprehensive Coverage**, caused by: | | |
|     **(1)** Fire | $    1,000 | $    5,000 |
|     **(2)** Windstorm or hail; | $    2,500 | $ No Aggregate |
|     **(3)** Flood | $    2,500 | $ No Aggregate |
|     **(4)** Earthquake; | $    2,500 | $ No Aggregate |
|     **(5)** Theft; | $    1,000 | $    5,000 |
|     **(6)** Mischief or vandalism; or | $    1,000 | $    5,000 |
|     **(7)** All other perils. | $    1,000 | $    5,000 |
| ☐**Specified Causes of Loss Coverage**, caused by: | | |
|     **(1)** Fire, lightning or explosion; | $ | $ |
|     **(2)** Theft; | $ | $ |
|     **(3)** Windstorm or hail; | $ | $ |
|     **(4)** Earthquake | $ | $ |
|     **(5)** Flood; | $ | $ |
|     **(6)** Mischief or vandalism; or | $ | $ |
|     **(7)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto." | $ | $ |
| ☒**Collision Coverage**, caused by: | | |
|     **(1)** The covered "auto's" collision with another object; or | $    1,000 | |
|     **(2)** The covered "auto's" overturn. | | |

**AG 59 45 10 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACT DRIVER LIMITATION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

**I.** The following is added to **SECTION II - LIABILITY COVERAGE**:

**B. EXCLUSIONS:**

This insurance does not apply to any "bodily injury", "property damage" or "covered pollution cost or expense" if, at the time of the "accident" giving rise to the "bodily injury", "property damage" or "covered pollution cost or expense", the "covered auto" was being operated, maintained or used by a "contract driver". However, minimum compulsory insurance limits, financial responsibility, no-fault law, or a similar law of your state may apply if we are required to respond to a claim or "suit."

**II.** The following is added to **SECTION II.A.3 WHO IS AN INSURED, a. (2):**

**(f)** Any "contract driver".

**III.** The following is added to **SECTION VI DEFINITIONS:**

"Contract driver" means any person whom the "insured" hires on a temporary basis for pick-up and delivery of a "covered auto".

COMMERCIAL AUTO
CA 00 05 10 01

# GARAGE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **VI** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that are because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Non-Dealers' and Trailer Dealers' Supplementary Schedule or Item Nine of the Dealers' Supplementary Schedule for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven or Item Nine). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners, (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-Owned "Autos" Used In Your Garage Business | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your garage business described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company), or members of their households while used in your garage business. |

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any customer's land motor vehicle or trailer or semitrailer while left with you for service, repair, storage or safekeeping.  Customers include your "employees" and members of their households, who pay for the services performed. |
| 31 | Dealers "Autos" And "Autos" Held For Sale By Non-Dealers Or Trailer Dealers (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Seven of the Dealers' Supplementary Schedule or Item Nine of the Non-Dealers' and Trailer Dealers' Supplementary Schedule. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25,** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Liability coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

1. **"Garage Operations" – Other Than Covered "Autos"**

   a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident" and resulting from "garage operations" other than the ownership, maintenance or use of covered "autos".

      We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" has been exhausted by payment of judgments or settlements.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "accident" occurs in the coverage territory;

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

 Copyright, ISO Properties, Inc., 2000

**(3)** Prior to the policy period, no "insured" listed under **Who Is An Insured** and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under **Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under **Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2.** **"Garage Operations" - Covered "Autos"**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance - "Garage Operations" - Covered "Autos" has been exhausted by payment of judgments or settlements.

**3.** **Who Is An Insured**

**a.** The following are "insureds" for covered "autos":

**(1)** You for any covered "auto".

**(2)** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(a)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(b)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(c)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is your "garage operations".

**(d)** Your customers, if your business is shown in the Declarations as an "auto" dealership. However, if a customer of yours:

**(i)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(ii)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

 Copyright, ISO Properties, Inc., 2000

**(e)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**(3)** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**b.** The following are "insureds" for "garage operations" other than covered "autos":

**(1)** You.

**(2)** Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders but only while acting within the scope of their duties.

**4. Coverage Extensions**

**a. Supplementary Payments**

In addition to the Limit of Insurance, we will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". But for "garage operations" other than covered "autos" this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

**c.** A person arising out of any:

**(1)** Refusal to employ that person;

**(2)** Termination of that person's employment; or

**(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**d.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(1)**, **(2)** or **(3)** above are directed.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**a.** Property owned, rented or occupied by the "insured";

**b.** Property loaned to the "insured";

**c.** Property held for sale or being transported by the "insured"; or

**d.** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**8. Pollution Exclusion Applicable To "Garage Operations" - Other Than Covered "Autos"**

**a.** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(2)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(3)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

**(a)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

**(b)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

**(4)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

 Copyright, ISO Properties, Inc., 2000

Paragraphs **a.(1)** and **a.(3)(b)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **a.(1)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

Paragraph **a.(3)(b)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants";

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**9. Pollution Exclusion Applicable To "Garage Operations" – Covered "Autos"**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**10. Racing**

Covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**11. Watercraft Or Aircraft**

Any watercraft or aircraft except watercraft while ashore on premises where you conduct "garage operations".

**12. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**13. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**14. Loss Of Use**

Loss of use of other property not physically damaged if caused by:

**a.** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**b.** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **14.b.,** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**15. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**16. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**17. Liquor Liability**

"Bodily injury" or "property damage" for which an "insured" may be held liable by reason of:

**a.** Causing or contributing to the intoxication of any person;

**b.** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**c.** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you use the premises in part for the following purposes:

**(1)** Serving or furnishing alcoholic beverages for a charge whether or not such activity:

    **(a)** Requires a license; or

    **(b)** Is for the purpose of financial gain or livelihood; or

**(2)** Serving or furnishing alcoholic beverages without a charge, if a license is required for such activity.

**C. Limit Of Insurance**

**1. Aggregate Limit Of Insurance - "Garage Operations" - Other Than Covered "Autos"**

For "garage operations" other than the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages involving "garage operations" other than "auto" is the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

Damages payable under the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" consist of damages resulting from "garage operations", other than the ownership, maintenance or use of the "autos" indicated in Section **I** of this Coverage Form as covered "autos", including the following coverages, if provided by endorsement:

**a.** "Personal injury" liability coverage;

**b.** "Personal and advertising injury" liability coverage;

**c.** Host liquor liability coverage;

**d.** Fire legal liability coverage;

**e.** Incidental medical malpractice liability coverage;

**f.** Non-owned watercraft coverage;

**g.** Broad form products coverage.

Damages payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" are not payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos".

Subject to the above, the most we will pay for all damages resulting from all "bodily injury" and "property damage" resulting from any one "accident" is the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

The Aggregate Limit of Insurance - "Garage Operations" Other Than Covered "Autos" applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos".

**2. Limit Of Insurance - "Garage Operations" - Covered "Autos"**

For "accidents" resulting from "garage operations" involving the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" involving a covered "auto" is the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos" for Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos" are not payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos".

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**D. Deductible**

We will deduct $100 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III – GARAGEKEEPERS COVERAGE**

**A. Coverage**

**1.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations" under:

    **a. Comprehensive Coverage**

    From any cause except:

    **(1)** The "customer's auto's" collision with another object; or

    **(2)** The "customer's auto's" overturn.

    **b. Specified Causes Of Loss Coverage**

    Caused by:

    **(1)** Fire, lightning or explosion;

    **(2)** Theft; or

    **(3)** Mischief or vandalism.

    **c. Collision Coverage**

    Caused by:

    **(1)** The "customer's auto's" collision with another object; or

    **(2)** The "customer's auto's" overturn.

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**3. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

    **a.** You.

    **b.** Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders while acting within the scope of their duties as such.

**4. Coverage Extensions**

The following applies as Supplementary Payments. In addition to the Limit of Insurance, we will pay for the "insured":

    **a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**B. Exclusions**

**1.** This insurance does not apply to any of the following:

**a. Contractual Obligations**

Liability resulting from any agreement by which the "insured" accepts responsibility for "loss".

**b. Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your shareholders.

**c. Defective Parts**

Defective parts or materials.

**d. Faulty Work**

Faulty "work you performed".

**2.** We will not pay for "loss" to any of the following:

**a.** Tape decks or other sound reproducing equipment unless permanently installed in a "customer's auto".

**b.** Tapes, records or other sound reproducing devices designed for use with sound reproducing equipment.

**c.** Sound receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**d.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measuring equipment.

**C. Limit Of Insurance And Deductible**

**1.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by collision; and

**a.** Theft or mischief or vandalism; or

**b.** All perils.

**2.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

**a.** Theft or mischief or vandalism; or

**b.** All perils.

**3.** Sometimes to settle a claim or "suit", we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**SECTION IV - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

 Copyright, ISO Properties, Inc., 2000

**2. Towing - Non-Dealers Only**

If your business is shown in the Declarations as something other than an "auto" dealership, we will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

**a. Transportation Expenses**

If your business is shown in the Declarations as something other than an "auto" dealership, we will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any of the following:

**a.** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**b.** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**c.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**d.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

 Copyright, ISO Properties, Inc., 2000

**e.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**f.** Any accessories used with the electronic equipment described in Paragraph **e.** above.

Exclusions **2.e.** and **2.f.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**3. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

**a.** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

**b.** Your acquiring an "auto" from a seller who did not have legal title.

**4.** If your business is shown in the Declarations as an "auto" dealership, we will not pay for:

**a.** Your expected profit, including loss of market value or resale value.

**b.** "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

**c.** Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

**d.** Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**6. Other Exclusions**

We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown;

**b.** Blowouts, punctures or other road damage to tires.

**C. Limits Of Insurance**

**1.** The most we will pay for "loss" to any one covered "auto" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**4.** For those businesses shown in the Declarations as "auto" dealerships, the following provisions also apply:

**a.** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Auto Dealers Supplementary Schedule for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Auto Dealers Supplementary Schedule for "loss" in transit.

**b. Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the value you actually had on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit of Insurance shown in the Auto Dealers Supplementary Schedule for the applicable location.

**c. Non-Reporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the limit by the total values you actually had when "loss" occurred.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations provided that:

**1. "Auto" Dealers Only Special Deductible Provisions**

If your business is shown in the Declarations as an "auto" dealership:

**a.** The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**2. Non-Dealers Only Special Deductible Provisions**

If your business is shown in the Declarations as something other than an "auto" dealership, the Comprehensive Coverage deductible does not apply to "loss" caused by fire or lightning.

**SECTION V - GARAGE CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the accident or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

 Copyright, ISO Properties, Inc., 2000

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring; and

**b.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico;

**d.** Canada; and

**e.** Anywhere in the world if:

(1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between any of these places.

The coverage territory is extended to anywhere in the world if the "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada. The original "suit" for damages resulting from such "bodily injury" or "property damage" must be brought in one of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION VI - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement; or

**2.** Any claim or "suit" by or on behalf of a governmental authority demanding that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Customer's auto" means a customer's land motor vehicle, "trailer" or semitrailer. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**F.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**G.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**H.** "Garage operations" means the ownership, maintenance or use of locations for garage business and that portion of the roads or other accesses that adjoin these locations. "Garage operations" includes the ownership, maintenance or use of the "autos" indicated in Section **I** of this Coverage Form as covered "autos". "Garage operations" also include all operations necessary or incidental to a garage business.

**I.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**J.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your garage business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement;

**7.** That part of any contract or agreement entered into, as part of your garage business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**1.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**a.** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**b.** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

**2.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

**3.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees" if the "auto" is loaned, leased or rented with a driver.

**4.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**5.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**K.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**L.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**M.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**N.** "Products" includes:

**a.** The goods or products you made or sold in a garage business; and

**b.** The providing of or failure to provide warnings or instructions.

**O.** "Property damage" means damage to or loss of use of tangible property.

**P.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**Q.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Trailer" includes semitrailer.

**S.** "Work you performed" includes:

**a.** Work that someone performed on your behalf; and

**b.** The providing of or failure to provide warnings or instructions.

COMMERCIAL AUTO
CA 01 04 03 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - GARAGE COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

Paragraph **a.** of the **Who Is An Insured** Provision in **Section II - Liability Coverage** is replaced by the following:

**a.** The following are "insureds" for covered "autos":

**(1)** You for any covered "auto".

**(2)** Your customers.

**(3)** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(a)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(b)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(c)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**(4)** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**(5)** Your "employee" while using a covered "auto" you do not own, hire, or borrow in your business or personal affairs.

**B. Changes In Conditions**

The following is added to the **Other Insurance** Condition:

**1.** Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

**a.** The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

**b.** The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.a.** while your "auto" is being repaired and evaluated; and

**c.** The Limit of Insurance for Liability Coverage under this policy is at least:

**(1)** $100,000 for "bodily injury" to any one person caused by any one "accident";

**(2)** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

**(3)** $50,000 for "property damage" caused by any one "accident".

**2.** If you are a new or used vehicle dealership, Liability Coverage provided by this Coverage Form for any "auto" you own or hold for sale or lease, which is operated by an "insured" with your permission while such "insured's" auto is being repaired or evaluated is excess over any other collectible insurance if such "insured" has liability insurance providing limits of at least:

**a.** $100,000 for "bodily injury" to any one person caused by any one "accident";

**b.** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

**c.** $50,000 for "property damage" caused by any one "accident".

 Copyright, ISO Properties, Inc., 2005

COMMERCIAL AUTO
CA 01 20 06 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

1. Paragraph **1.b.(3)** of the **Who Is An Insured** provision in the Business Auto, Motor Carrier and Truckers Coverage Forms and Paragraph **3.a.(2)(c)** of the **Who Is An Insured** provision in the Garage Coverage Form do not apply.

2. Our **Limit Of Insurance** applies except that we will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $20,000 for "bodily injury" to any one person caused by any one "accident",

   b. $40,000 for "bodily injury" to two or more persons caused by any one "accident", and

   c. $15,000 for "property damage" caused by any one "accident".

   This provision will not change our total **Limit Of Insurance.**

**B. Changes In Physical Damage Coverage**

The **Limit Of Insurance** provision with respect to repair or replacement resulting in better than like kind or quality is replaced by the following, and supersedes any provision to the contrary:

We may deduct for betterment if:

1. The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

2. The deductions are for prior wear and tear, missing parts and rust damage that is reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The **Other Insurance** Condition in the Business Auto Coverage Form, and the **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carriers Coverage Forms, is changed by the addition of the following:

Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

1. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

2. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.** while your "auto" is being repaired or evaluated; and

3. The Limit of Insurance for Liability Coverage under this policy is at least:

   a. $100,000 for "bodily injury" to any one person caused by any one "accident",

   b. $300,000 for "bodily injury" to two or more persons caused by any one "accident", and

   c. $50,000 for "property damage" caused by any one "accident".

©ISO Properties, Inc., 2002

COMMERCIAL AUTO
CA 02 70 08 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The CANCELLATION COMMON POLICY Condition is replaced by the following:

**CANCELLATION**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing us advance written notice of cancellation.

**b.** When this policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation stating the reasons for cancellation.

**(1)** Nonpayment of premium.

**(2)** The policy was obtained through a material misrepresentation.

**(3)** Any "insured" has violated any of the terms and conditions of the policy.

**(4)** The risk originally accepted has measurably increased.

**(5)** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

**(6)** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the Illinois insurance laws.

**c.** If we cancel for nonpayment of premium, we will mail you at least 10 days written notice.

**d.** If this policy is cancelled for other than nonpayment of premium and the policy is in effect:

**(1)** 60 days or less, we will mail you at least 30 days written notice.

**(2)** 61 days or more, we will mail you at least 60 days written notice.

**e.** If this policy is cancelled, we will send you any premium refund due.  If we cancel, the refund will be pro rata.  If you cancel, the refund may be less than pro rata.  The cancellation will be effective even if we have not made or offered a refund.

**f.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**g.** Our notice of cancellation will state the reason for cancellation.

**h.** A copy of the notice will also be sent to your agent or broker and the loss payee.

Copyright, Insurance Services Office, Inc., 1994

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you, your agent or broker and the loss payee written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period.  If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period.  Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C.  MAILING OF NOTICES**

We will mail cancellation and nonrenewal notices to the last addresses known to us.  Proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1994

**POLICY NUMBER: CG00129405**

COMMERCIAL AUTO
CA 03 02 03 10

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured: TONY REED** |
| **DBA SBM AUTO** |
| **Endorsement Effective Date: 01/ 27/ 2020** |

## SCHEDULE

Liability Coverage is subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $ | **Per "Accident"** |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | $      250 | **Per "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

Liability Coverage is changed as follows:

**A. Liability Coverage Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable under Liability Coverage will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Coverage Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable under Liability Coverage for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

CA 03 02 03 10

Copyright, Insurance Services Office, Inc., 2009

Page 1 of 1

**POLICY NUMBER: CG00129405**

**COMMERCIAL AUTO**
**CA 21 30 11 08**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:  TONY REED**<br>                 **DBA SBM AUTO**<br>**Endorsement Effective Date:  01/ 27/ 2020** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:  $      100,000                      Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

    **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

    **b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

    **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by:

    **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

    **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

    **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Uninsured Motorists Insurance shown in the Schedule or Declarations.

We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

    **a.** $20,000 for "bodily injury" to any one person caused by any one "accident"; and

    **b.** $40,000 for "bodily injury" to two or more persons caused by any one "accident".

This provision will not change our total limit of liability.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, Medical Payments Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Insurance Coverage as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

   **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

   **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

   **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   **b.** Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

4. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

5. The following Conditions are added:

   **REIMBURSEMENT AND TRUST**

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   **ARBITRATION**

   **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

   If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

   **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

**c.** If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

**(1)** Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

**(2)** Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $50,000 for "bodily injury" to any one person/ $100,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged; or

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

**POLICY NUMBER: CG00129405**

**COMMERCIAL AUTO**
**CA 21 38 11 08**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:  TONY REED** |
| **DBA SBM AUTO** |
| **Endorsement Effective Date:  01/ 27/ 2020** |

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:     $     100,000** | **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

   a. We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

   b. We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

   d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**CA 21 38 11 08**

Copyright, Insurance Services Office, Inc., 2008

**Page 1 of 4**

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

**2.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Underinsured Motorists Coverage shown in this endorsement.

**2.** Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

   **a.** By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

   **b.** Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

   **c.** Under any automobile medical payments coverage.

**3.** In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the limit of insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**4.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form.

**E. Changes In Conditions**

The Conditions are changed for Underinsured Motorists Coverage as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

**b.** File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

**c.** Promptly send us copies of the legal papers if a "suit" is brought.

**3.** **Legal Action Against Us** is replaced by the following:

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

**(1)** Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

**(2)** The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

**(a)** Filed in a court of competent jurisdiction; and

**(b)** Not barred by the applicable state statute of limitations.

In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

**4.** The following is added to **Transfer Of Rights Of Recovery Against Others To Us**:

**Transfer Of Rights Of Recovery Against Others To Us** does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.** Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We will also have a right to recover the advanced payment.

 Copyright, Insurance Services Office, Inc., 2008

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**5.** The following Conditions are added:

**REIMBURSEMENT AND TRUST**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

**4.** "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an "uninsured motor vehicle".

COMMERCIAL AUTO
CA 23 41 11 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an insured ("insured") who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

©Insurance Services Office, Inc., 2016

**D. Changes In Uninsured And/ Or Underinsured Motorists Coverage**

1. If Uninsured and/ or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance And On-demand Delivery Services**

   This insurance does not apply to any covered "auto" while being used:

   a. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

   b. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance And On-demand Delivery Services**

   This insurance does not apply to any covered "auto" while being used:

   a. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

   b. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

1. "Delivery network platform" means an online-enabled application or digital network, used to connect customers:

   a. With drivers; or

   b. With local vendors using drivers;

   for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

2. "Delivery services" includes courier services.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

©Insurance Services Office, Inc., 2016

**POLICY NUMBER: CG00129405**

COMMERCIAL AUTO
CA 25 09 12 93

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# OWNERS OF GARAGE PREMISES

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective  **01/ 27/ 2020** | |
|---|---|
| Named Insured<br>**TONY REED**<br>**DBA SBM AUTO** | Countersigned By<br> |

(Authorized Representative)

## SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| **1336 E ELDORADO ST**<br>**DECATUR, IL 62521** | **TIM DOWD DOWD DEVELOPMENT**<br>**6017 HAMMOCK HILL AVE**<br>**LITHIA, FL 33547** | $ █████ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** Under LIABILITY COVERAGE WHO IS AN INSURED is changed to include the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described premises which is leased to you.

**B.** The insurance afforded by this endorsement does not apply to:

**1.** Any "accident" which occurs after you cease to be a tenant in the premises.

**2.** Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

FM 00 98 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PUNITIVE DAMAGES EXCLUSION

This policy excludes any claim for punitive or exemplary damages whether arising out of acts of the insureds, insured's employees or any other person.

All other terms and conditions of the policy remain unchanged.

FM 03 30 03 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PUNITIVE DAMAGES EXCLUSION - ILLINOIS

This policy excludes any claim for punitive or exemplary damages whether arising out of acts of the insureds, insured's employees or any other person, except that if a suit shall have been brought against the insured with respect to a claim or acts or alleged acts falling within the coverage hereof, seeking both compensatory and punitive or exemplary damages, then the company will afford a defense to such action without liability, however, for such punitive or exemplary damages.

All other terms and conditions of this policy remain unchanged.

THIS ENDORSEMENT CHANGES THE CERTIFICATE.
PLEASE READ IT CAREFULLY.

## FUNGUS OR SPORE EXCLUSION

This endorsement modifies insurance provided under the policy.

This insurance does not apply to:

**(1)** "Bodily injury," "property damage" or "personal and advertising injury" caused directly or indirectly, in whole or in part, by:

  **a.** Any "fungus" or "spore," including "fungi" or "spores"; or

  **b.** Any substance, vapor or gas produced by or arising out of any "fungus," "fungi," "spore," or "spores"; or

  **c.** Any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any "fungus," "fungi," "spore" or "spores"; or

  **d.** Actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "fungus" or "spore," including "fungi" or "spores."

  Such damage or injury is excluded regardless of any other cause, event, material, product and/ or building component that contributed concurrently or in any sequence to that injury or damage.

**(2)** Any loss, cost or expense arising out of any:

  **a.** Request, demand, order to statutory or regulatory requirement that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess "fungus," "fungi," "spore," or "spores" or the effects of same (including, but not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust).

  **b.** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing "fungus," "fungi," spore," or "spores" or the effects of same (including, but not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust).

**Page 1 of 2**

GL 0807 (08/ 02)

**(3)**    With respect to this endorsement, Exclusion **2.b. - Contractual Liability** is replaced by the following:

    **b.**    "Bodily injury" or "property damage" for which the Insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit" or other proceeding alleging injury or damages of any kind, to include, but not limited to, "bodily injury," property damage," or "personal and advertising injury" to which this endorsement applies.

**Additional Definitions:**

For the purpose of this endorsement, the following definitions are added:

"Fungus" and/ or "fungi" includes, but is not limited to, any form or type of mold, mildew, mushroom, toadstool, smut, or rust.

"Spore" and/ or "spores" means any reproductive body produced by or arising out of any "fungus" or "fungi."

## OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA

**POLICY NUMBER:** CG00129405

**Endorsement Number: 1**                                          CO 30 10 07 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GENERAL CHANGE ENDORSEMENT

Insured Name:
**TONY REED**
**DBA SBM AUTO**

Agency Code:   **00175**

Agency Name:
**Interstate Risk Placement, Inc.**

**P.O. Box 3765**

**Peoria**                      **IL**    **61612**

Endorsement Effective Date:  **01/ 27/ 2020**

The policy has been amended as follows:

**IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FURNISHED DRIVER ENDORSEMENT, FORM AG 59 34 05 19, IS DELETED FROM THIS POLICY.**

Other Charges:

All other terms and conditions of this policy remain unchanged.

Countersigned:  **Peoria, IL**
                **05/ 31/ 2020**     **CJF**

Countersigned By Authorized Representative

CO 30 10 07 15                                                        Page 1 of 1